U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Oct 09 - 2026
John M. Domurad, Clerk

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

**UNITED STATES OF AMERICA**
**v.**
**JACQUES PATRY,**

**Defendant**

Case No. 1:26-MJ-237 (PJE)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 8, 2022 in the county of Franklin in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 611 | Voting by Alien |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

HSI Special Agent Peter M. Pease

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure. Date: October 9, 2026

*Judge's signature*

City and State: Albany, New York

Hon. Paul J. Evangelista, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Peter M. Pease, being duly sworn, deposes and states that he is a Special Agent with Homeland Security Investigations, and charges as follows:

### COUNT ONE

**[Voting by Alien]**

1. On or about November 8, 2022, in Franklin County in the Northern District of New York, the defendant, JACQUES PATRY, an alien, knowing he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for Member of the United States Senate and Member of the United States House of Representatives, in violation of 18 U.S.C. § 611.

The basis for my knowledge and for the foregoing charges are, in part, as follows:

2. I have been a Special Agent with Homeland Security Investigations (HSI) since July 2023, and I am currently assigned to the Resident Agent in Charge Massena Field Office. Prior to my appointment to HSI, I served in the United States Secret Service as a Special Agent from 2021 to 2022. I have a bachelor's degree in criminal justice and a master's degree in criminal justice legal studies.

3. As a Special Agent with HSI, I have received training in immigration law and enforcement. I have worked extensively in support of the United States Border Patrol in Ogdensburg and Massena, New York, and conducted and supported HSI investigations into a variety of criminal violations. I have experience enforcing immigration laws and determining citizenship, including by reviewing immigration records. I also have experience investigating crimes involving voting by aliens.

4. This affidavit is based upon my personal participation in the investigation of this matter; conversations with other law enforcement officers and witnesses; review of immigration and voter records; and my training and experience.

5. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. Where dates are set forth herein, they are approximate, unless stated otherwise.

### PROBABLE CAUSE

6. A review of immigration and public records reveals that PATRY is a citizen of Canada. He is not and has never been a United States citizen. For the past five years, PATRY has lived in Tupper Lake, New York.

7. Ballot certifications obtained from the New York State Board of Elections official website reveal that the general election held on November 8, 2022, included candidates for the United States Senate and the United States House of Representatives.

8. Records obtained from the Franklin County Board of Elections reveal that PATRY voted in, among other elections, the general election held on November 8, 2022.

9. On October 1, 2026, I interviewed PATRY. He stated, among other things, that: (i) he knows he is not a United States citizen; (ii) he registered to vote when he was in high school; and (iii) he has voted in elections in the United States.

## CONCLUSION

10. Based on the foregoing, I respectfully submit that there is probable cause to believe that JACQUES PATRY, an alien, knowingly voted in federal elections, in violation of 18 U.S.C. § 611.

Attested to by the affiant.

Respectfully submitted,

Peter M. Pease
Special Agent
Homeland Security Investigations

I, the Honorable Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by TEAMS on October 9th, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Paul J. Evangelista
United States Magistrate Judge